W. H. Bethea, as Tax Assessor of Taylor County, Plaintiff in Error, v. State ex rel. Burton Swartz Cypress Co., Defendant in Error.

A Writ of Error to a Judgment of the Circuit Court within and for the County of Taylor.

Writ of Error dimissed on motion of the Attorney General.

*Van C. Swearingen,* Attorney General, for Plaintiff in Error;

*W. B. Davis,* for Defendant in Error.

---

D. R. Armstrong, Appellant, v. J. Emmet Wolfe, as Judge of the Criminal Court of Record for Dade County, Appellee.

An Appeal from a Decree of the Circuit Court within and for the County of Dade.

Appeal dismissed on motion of the Appellee.

*J. Emmet Wolfe,* for the motion.

---

G. F. Finger et al., Appellants, v. Gainesville Planing & Coffin Company, a Corporation, Appellee.

An Appeal from Decrees of the Circuit Court within and for the County of Alachua.

Appeal dismissed on motion of counsel for Appellee.
*Evans Haile,* for Appellants.

*W. S. Broome,* for Appellee.